UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA

          Plaintiff,

      -v-                                          11-CV-00622S

2004 GMC YUKON DENALI,
VIN: 1GKFK66UX4J136173,
TITLED AND REGISTERED TO
ANDREA COUSINEAU,

          Defendant.

## **<u>DEFAULT JUDGMENT AND ORDER OF FORFEITURE</u>**

The plaintiff, the United States of America, has moved for a Judgment of Default and an Order of Forfeiture, pursuant to Rule G(8)(c)(i)(A) and Rule 55(b)(2) Federal Rules of Civil Procedure.  After reviewing the affidavit of Richard D. Kaufman, Assistant United States Attorney, sworn to on October 14, 2011, and it appearing that no individual or entity has filed a Verified Claim and Answer with respect to the above captioned defendant property as required by the Warrant that was served upon them, as provided by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and it appearing that an Entry of Default against the defendant property has been entered in this action by the Clerk of the Court; and it appearing that no objections to the motion for default have been entered by any party and that the plaintiff is entitled to have a Judgment by Default entered; it is hereby

**ORDERED**, that Judgment of Default be entered against one 2004 GMC Yukon Denali, VIN: 1GKFK66UX4J136173 (herein referred to as the "defendant property"); and it is further

**ORDERED**, that the defendant property hereby is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(4), and is to be disposed of by the United States Marshals Service according to law and; it is further

**ORDERED**, that all claims and interests in the defendant property, other than as reflected in this Order are forever forfeited, closed, and barred.

DATED: November 10, 2011.
Buffalo, New York.

                                              s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                              Chief Judge
                                              United States District Court