UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA

             Plaintiff,

        -v-                                    11-CV-00622S

2004 GMC YUKON DENALI,
VIN: 1GKFK66UX4J136173,
TITLED AND REGISTERED TO
ANDREA COUSINEAU,

             Defendant.

---

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

       The plaintiff, the United States of America, has moved for a Judgment of Default

and an Order of Forfeiture, pursuant to Rule G(8)(c)(i)(A) and Rule 55(b)(2) Federal Rules

of Civil Procedure.  After reviewing the affidavit of Richard D. Kaufman, Assistant United

States Attorney, sworn to on October 14, 2011, and it appearing that no individual or entity

has filed a Verified Claim and Answer with respect to the above captioned defendant

property as required by the Warrant that was served upon them, as provided by Rule G(5)

of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

and it appearing that an Entry of Default against the defendant property has been entered

in this action by the Clerk of the Court; and it appearing that no objections to the motion

for default have been entered by any party and that the plaintiff is entitled to have a

Judgment by Default entered; it is hereby

**ORDERED**, that Judgment of Default be entered against one  2004 GMC Yukon

Denali, VIN: 1GKFK66UX4J136173 (herein referred to as the "defendant property"); and

it is further

**ORDERED**, that the defendant property hereby is forfeited to the United States of

America, pursuant to Title 21, United States Code, Section 881(a)(4), and is to be disposed

of by the United States Marshals Service according to law and; it is further

**ORDERED**, that all claims and interests in the defendant property, other than as

reflected in this Order are forever forfeited, closed, and barred.

DATED:  November 10, 2011.
        Buffalo, New York.


                                    s/William M. Skretny
                                    WILLIAM M. SKRETNY
                                    Chief Judge
                                    United States District Court